UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:26-cv-07830-SPG-CTS** Date: **November 16, 2026**

Title **Jacquelyn M. Rolland et al v. County of Los Angeles, et al.**

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Deyanira Vasquez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order to Show Cause Regarding Plaintiffs' Failure to File an Opposition to Motion to Dismiss (ECF No. 13)**

On September 29, 2026, Defendant County of Los Angeles filed a Motion to Dismiss Plaintiffs' Complaint. ("Motion," ECF No. 13.) On September 30, 2026, the Court ordered Plaintiffs to file an Opposition to the Motion within thirty days. ("Order," ECF No. 14.) The Court included an explicit caution: "Plaintiffs are advised that failure to respond to the Motion may be construed as consent to the granting of the Motion and may result in dismissal of the action." (*Id*. at 2.) To date, Plaintiffs have not filed an Opposition to the Motion.

Plaintiffs are **ORDERED TO SHOW CAUSE** by **December 14, 2026** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion. If Plaintiffs file an Opposition to the Motion on or before that date, the Order to Show Cause will be discharged, and no additional action needs to be taken.

**Again, Plaintiffs are advised that failure to file an Opposition to the Motion will be deemed as consent to the granting of the Motion and may result in a recommendation that this action be dismissed. C.D. Cal. L.R. 7-12; *see also Ghazali v. Moran*, 46 F.3d 52, 53–54 (9th Cir. 1995) (affirming dismissal on the basis of an unopposed motion pursuant to local rule).**

It is so ordered.